UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA          )
                                   )
                                   )
     v.                              )         Docket No. 2:26-mj-00129
                                   )
MOHAMMAD MAKVANDI,        )
     Defendant.                  )

**MOTION FOR DETENTION**

The United States of America moves for the pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>.  This defendant is eligible for detention because the case involves a serious risk that defendant will flee. *See* 18 U.S.C. § 3142(f)(2)(A).

2. <u>Reason For Detention</u>.  The Court should detain the defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required.  The defendant is a citizen of Iran with no known ties to the District of Vermont.  Despite a 2018 arrest by ICE-ERO for being a nonimmigrant overstay and four failed attempts over the past six months to enter the United States lawfully, Makvandi appears to have crossed the U.S./Canadian border unlawfully, approximately one-quarter mile east of a Port of Entry on June 26, 2026.  As noted in the Complaint Affidavit, Makvandi also has extensive criminal history, which could serve as further incentive to flee.  If released into the interior of the United States, he is not likely to appear at future Court proceedings, and there are no conditions of release which could reasonably assure his appearance.

The defendant also appears to pose a danger to the community that may be difficult to mitigate with conditions.  He appears to have approximately 10 misdemeanor convictions since

2022, including for Stalking (two convictions), Criminal Trespass Enter / Remain-Person or Unmanned Aircraft, Interfering with Arresting Officer, and Impaired Driving.

3.  <u>Rebuttable Presumption</u>.  No rebuttable presumption applies in this matter.

4.  <u>Time For Detention Hearing</u>.  The United States requests the court conduct the detention hearing upon completion of any pretrial services report.

Dated at Burlington, in the District of Vermont, June 29, 2026.

Respectfully submitted,

JONATHAN A. OPHARDT
First Assistant United States Attorney

/s/ *Corinne M. Smith*
CORINNE M. SMITH
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725