UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-mj-00129 |
| | ) | |
| SHOHREH GHASEMI, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION**

The United States of America moves for the pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>.  This defendant is eligible for detention because the case involves a serious risk that defendant will flee. *See* 18 U.S.C. § 3142(f)(2)(A).

2. <u>Reason For Detention</u>.  The Court should detain the defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required.  The defendant is a citizen of Iran with no known ties to the District of Vermont.  As detailed in the Complaint Affidavit, Ghasemi has extensive immigration history including, within the last five weeks, two failed attempts to enter the United States lawfully.  On June 16, 2026, after one of the failed attempts, she was issued an order of Expedited Removal.  Despite that history, appears to have crossed the U.S./Canadian border unlawfully, approximately one-quarter mile east of a Port of Entry on June 26, 2026.

3. <u>Rebuttable Presumption</u>.  No rebuttable presumption applies in this matter.

4. <u>Time For Detention Hearing</u>.  The United States requests the court conduct the detention hearing upon completion of any pretrial services report.

Dated at Burlington, in the District of Vermont, June 29, 2026.

Respectfully submitted,

JONATHAN A. OPHARDT
First Assistant United States Attorney

/s/ *Corinne M. Smith*
CORINNE M. SMITH
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725