UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-mj-129 |
| | ) | |
| MOHAMMAD MAKVANDI, | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States hereby dismisses as to defendant MOHAMMAD

MAKVANDI the Complaint in the above-captioned case, without prejudice.

Dated at Burlington, in the District of Vermont, July 1, 2026.

JONATHAN A. OPHARDT
First Assistant United States Attorney

By:     /s/ *Corinne M. Smith*
CORINNE M. SMITH
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725

Leave of Court is granted for the filing of the foregoing dismissal and the Complaint is
hereby dismissed.

Dated at Burlington, in the District of Vermont, this _____ day of _____, 2026.

_____
HON. KEVIN J. DOYLE
United States Magistrate Judge