U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL -1  P 3: 38

CLERK

BY _CDC_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,                )
    Plaintiff,                               )
                                             )
    v.                                       )          Docket No. 2:26-mj-129 – 1
                                             )
MOHAMMAD MAKVANDI,                        )
    Defendant.                               )

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States hereby dismisses as to defendant MOHAMMAD

MAKVANDI the Complaint in the above-captioned case, without prejudice.

Dated at Burlington, in the District of Vermont, July 1, 2026.


JONATHAN A. OPHARDT
First Assistant United States Attorney

By:    /s/ *Corinne M. Smith*
    CORINNE M. SMITH
    Assistant U.S. Attorney
    P.O. Box 570
    Burlington, VT 05402-0570
    (802) 951-6725


Leave of Court is granted for the filing of the foregoing dismissal and the Complaint is
hereby dismissed.

Dated at Burlington, in the District of Vermont, this _1st_ day of _July_____, 2026.


_____
HON. KEVIN J. DOYLE
United States Magistrate Judge